# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132380

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TROY LEE DOGGENDORF,
      Defendant-Appellant.

SC: 132380
COA: 271959
Van Buren CC: 02-012730-FC

_____/

      On order of the Court, the application for leave to appeal the September 11, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

Clerk

p0122